IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

UNITED STATES COURTHOUSE
N.W. 4TH & HARVEY, OKLAHOMA CITY, OKLAHOMA

STATUS/SCHEDULING DOCKET BEFORE JUDGE ROBIN J. CAUTHRON
IN CHAMBERS - 4th Floor Rm 4001

**A PHOTO ID IS REQUIRED FOR ANYONE TO ENTER THE FED. COURTHOUSE**

## FRIDAY, JANUARY 8, 2016

**NOTICE TO COUNSEL:** A Joint Status Report and Discovery Plan is to be filed with the Clerk of Court no later than **Wednesday, January 6, 2016**. The Status Report is a joint report to be initiated by counsel for plaintiff. It should include a concise statement of the case to inform the Court of the basic factual background and primary contentions of the parties. (LCvR16.1)

**You must have an entry of appearance on file and be registered with ECF.**

Counsel whose offices are outside Oklahoma County and pro se parties who live outside Oklahoma County may attend the conference by telephone, **provided that appropriate arrangements are made at least 24 hours in advance by contacting Courtroom Deputy Linda Goode** (405-609-5202) **or Adm. Asst. Lyn Marshala** (405-609-5200).

9:00 A. M.

| | | | |
|---|---|---|---|
| CIV-14-948-C | RED ROCKS RESOURCES, LLC | | Richard L. Rose<br>Gregory L. Mahaffey<br>John P. Albert |
| | VS | | |
| | TRIDENT STEEL CORPORATION | | Jesse L. Sumner, Jr.<br>John H. Tucker<br>Theresa Noble Hill<br>Gerald P. Green<br>Jacqueline M. McCormick<br>Timothy R. Hightower |

9:10 A. M.

| | | |
|---|---|---|
| CIV-15-341-C | BILLY STEPHENSON, ET AL., | G. Pat O'Hara |
| | | (No entry of appearance on file LCvR83.4) |
| | | James M. Tisdal |
| | | (No entry of appearance on file LCvR83.4) |
| | | Patrick O'Hara, Jr. |
| | | (No entry of appearance on file LCvR83.4) |
| | | W. Jason Hartwig |
| | | (No entry of appearance on file LCvR83.4) |
| | VS | |
| | EAST BINGER (Marchand) UNIT, ET AL. | David l. Kearny |
| | | Michael E. Smith |
| | | Sharon T. Thomas |
| | | Tammy D. Barrett |
| | | Bradley Ward Welsh |
| | | Terry D. Ragsdale |
| | | Mark D. Christiansen |
| | | Patrick L. Stein |

9:20 A. M.

| | | |
|---|---|---|
| CIV-15-94-C | MARY KATHERINE HARRIS | Alan W. Agee |
| | | Brett Agee |
| | VS | |
| | CHEVRON USA, INC., ET AL. | Mark D. Christiansen |
| | | Christopher M. Scaperlanda |
| | | Patrick L. Stein |

9:30 A. M.

| | | |
|---|---|---|
| CIV-15-825-C | SHELLY R. ROBBINS | Alan W. Agee |
| | | Brett Agee |
| | VS | |
| | HEALTH CARE SERVICE CORPORATION | Gregory T. Metcalfe |
| | | Ellen Adams |

9:40 A. M.

| | | |
|---|---|---|
| CIV-15-166-C | OKLAHOMA GAS & ELECTRIC COMPANY, | Rodney L. Cook |
| | VS | |
| | TOSHIBA INTERNATIONAL CORPORATION, ET AL. | Michael D. Duncan |

9:50 A. M.

| | | |
|---|---|---|
| CIV-15-301-C | CORY MCDONALD | David M. Collins<br>James W. Shepherd |
| | VS | |
| | A-N-L SERVICES, INC., ET AL., | Jason T. Rogers<br>Monty B. Bottom |

10:00 A. M.

| | | |
|---|---|---|
| CIV-15-322-C | LORNA ENTRADA | Leah M. Roper<br>Amber L. Hurst<br>Mark E. Hammons |
| | VS | |
| | MARRIOTT HOTEL SERVICES INC. | Monica Y. Ybarra<br>Shannon K. Emmons |

10:10 A. M.

| | | |
|---|---|---|
| CIV-15-414-C | TYLER GAINES | Amber L. Hurst<br>Mark E. Hammons |
| | VS | |
| | MIDWEST SPORTING GOODS DISTRIBUTORS, INC. | Kennth E. Crump, Jr.<br>William C. Searcy |

<u>10:20 A. M.</u>

| | | |
|---|---|---|
| CIV-15-784-C | DANIEL MCGUIRE | Amber L. Hurst<br>Mark E. Hammons |
| | VS | |
| | ADCO HOLDINGS, LLC, ET AL. | Robert E. Norman<br>A. Michelle Campney |

<u>10:30 A. M.</u>

| | | |
|---|---|---|
| CIV-15-380-C | PAULA PUCKETT | Daniel J. Gamino<br>(No entry of appearance on file LCvR83.4) |
| | VS | |
| | UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL. | Daniel J. Card |

<u>10:40 A. M.</u>

| | | |
|---|---|---|
| CIV-15-630-C | PHYLLIS F. BYERLY | Daniel J. Gamino |
| | VS | |
| | JACOB J. LEW | Amanda R. Johnson |

<u>10:50 A. M.</u>

| | | |
|---|---|---|
| CIV-15-457-C | EVELYN L. GRIMES | Tye H. Smith<br>Christopher L. Brinkley |
| | VS | |
| | INTERNATIONAL TECHNIDYNE COPORATION, ET AL. | John H. Tucker<br>C. William Threlkeld<br>Clayton W. Cotton<br>James B. Wilcoxen<br>Sterling E. Pratt |

<u>11:00 A. M.</u>

| | | |
|---|---|---|
| CIV-15-478-C | TROY JONES | Rex K. Travis<br>Paul D. Kouri |
| | VS | |
| | TIME INSURANCE CO. | J. Derrick Teague |

<u>11:10 A. M.</u>

| | | |
|---|---|---|
| CIV-15-494-C | UNITED STATES OF AMERICA | Wilson D. McGarry |
| | VS | |
| | 3503 ROLLING HILLS DRIVE<br>BLANCHARD, OKLAHOMA 73010 | Daniel L. White |

<u>11:20 A. M.</u>

| | | |
|---|---|---|
| CIV-15-590-C | FRONTLINE FELLOWSHIP, INC. | Michael D. McGrew<br>Matthew M. McGrew<br>Robin D. McGrew |
| | VS | |
| | PHILADELPHIA INDEMNITY<br>INSURANCE COMPANY | Amy Steele Neathery<br>D. Lynn Babb |

<u>11:30 A. M.</u>

| | | |
|---|---|---|
| CIV-15-342-C | LARRY SHULTS, ET AL. | Lana K. Cohlmia |
| | VS | |
| | EQUIFAX INFORMATION<br>SERVICES, LLC | Arthur F. Hoge, III<br>Kahla R. Hurley |

11:40 A. M.

| | | |
|---|---|---|
| CIV-13-1345-C | STATE OF OKLAHOMA, ex rel. ET AL., | Gregory P. Reilly<br>John Michael O'Connor<br>Patrick H. Kernan |
| | VS | |
| | NATIONAL PEO LLC | Shannon K. Emmons |

1:00 P. M.

| | | |
|---|---|---|
| CIV-15-618-C | AIM OVER-THE-ROAD, LLC. | Blake Sonne<br>Mark W. Romney |
| | VS | |
| | MERCO INGENIERIA INDUSTRIAL, ET AL. | Collin R. Walke<br>Terry F. Stokes |

1:10 P. M.

| | | |
|---|---|---|
| CIV-15-343-C | TYRONE CAMPBELL | Clinton R. James<br>Robert L. Wyatt, IV |
| | VS | |
| | HOLLIS INDEPENDENT SCHOOL DISTRICT NO. 66 OF HARMON COUNTY, ET AL. | Anthony T. Childers<br>F. Andrew Fugitt<br>David L. Cummins |

1:20 P. M.

| | | |
|---|---|---|
| CIV-15-659-C | TRIPLE F OILFIELD SERVICES, LLC | Chance L. Pearson<br>Corey A. Neller |
| | VS | |
| | MIDSTATES PETROLEUM COMPANY, LLC, ET AL. | Courtney L. Bru<br>Gerald L. Hilsher<br>J. Craig Buchan |

1:30 P. M.

| | | |
|---|---|---|
| CIV-15-663-C | RUSSELL POGUE | Rand C. Eddy<br>Dyan C. Edwards |
| | VS | |
| | WEATHERFORD<br>INTERNATIONAL, LLC., ET AL. | Jonathan G. Rector<br>Steven L. Rahhal |

1:40 P. M.

| | | |
|---|---|---|
| CIV-15-679-C | CHRISTINA M. MORRIS | J. Derek Ingle |
| | VS | |
| | MELLING SINTERED<br>METALS, LLC, ET AL. | Garry M. Gaskins, II<br>Gentner F. Drummond<br>Wendy P. Drummond |

1:50 P. M.

| | | |
|---|---|---|
| CIV-15-814-C | JENNIFER VENABLE | Dustin J. Hopson<br>(No entry of appearance on file LCvR83.4) |
| | VS | |
| | PANTHER CREEK RANCH, LLC,<br>ET AL. | Ryan S. Wilson |

2:00 P. M.

| | | |
|---|---|---|
| CIV-15-371-C | CAMRON McALLISTER | L. Mark Bonner<br>Emmanuel E. Edem |
| | VS | |
| | TRAVIS W. WATKINS, ET AL. | Brock C. Bowers<br>Jeffrey D. Scott<br>Michael W. Brewer<br>John Alexander, pro se<br>Rhonda Nixon, pro se |

<u>2:10 P. M.</u>

| | | |
|---|---|---|
| CIV-15-791-C | CHRIS L. EDWARDS | Barrett T. Bowers |
| | | (No entry of appearance on file LCvR83.4) |
| | VS | |
| | OKLAHOMA BUREAU OF NARCOTICS AND DANGEROUS DRUGS CONTROL | Marion E. Schuble<br>Richard N. Mann |

<u>2:20 P. M.</u>

| | | |
|---|---|---|
| CIV-15-730-C | JANA ATKINS | Jana Beth Leonard<br>Shannon C. Haupt |
| | VS | |
| | UNIVERSITY OF CENTRAL OKLAHOMA, ET AL. | Richard N. Mann |