IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) TROY JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  CIV-15-478-C |
| | ) | |
| (2) TIME INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

To The Clerk of this court and all parties of record:

As authorized by Fed. R. Civ. P. 41(a)(1), Plaintiff, Troy Jones and Defendant

Time Insurance Company stipulate to the dismissal of the above-entitled action with

prejudice, on its merits, as authorized by Fed. R. Civ. P. 41(a)(1), and without an award

of fees or costs to any party.  The parties each agree to bear their own costs and fees.

DATED this 22nd day of December, 2015.


S/Paul Kouri                           
PAUL KOURI, OBA #20751
REX TRAVIS, OBA #9081
P.O. Box 1336
Oklahoma City, OK 73101-1336
Telephone: (405) 236-5400
Facsimile: (405) 236-5499
E-mail: RexTravis@TravisLawOffice.com
E-mail: PaulKouri@TravisLawOffice.com
*ATTORNEYS FOR PLAINTIFF, TROY JONES*

S/J. Derrick Teague
J. Derrick Teague, OBA #15131
204 N. Robinson, Ste. 1000
Oklahoma City, OK 73102
Telephone: (405) 609-6000
Facsimile: (405) 609-6501
E-mail: dteague@jenningsteague.com
*ATTORNEY FOR DEFENDANT*
*TIME INSURANCE COMPANY*